**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

PRESTON LEONARD SCHOFIELD

    Plaintiff,

v.                                                Case No. 8:13-cv-2455-T-17AEP

JANE CASTOR, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (the "R&R") Magistrate Judge Anthony E. Porcelli issued May 15, 2015. (Doc. # 30). Magistrate Judge Porcelli recommended denying Plaintiff's request to proceed *in forma pauperis*. (Docs. ## 27, 30). Neither party objected to Magistrate Judge Porcelli's R&R. For the reasons that follow, the Court **ADOPTS** the R&R.

### STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); U.S. v. Raddatz, 447 U.S. 667 (1980); Jeffrey S. v. State Board of Education of State of Georgia, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. Gropp v. United Airlines, Inc., 817 F.Supp. 1558, 1562 (M.D. Fla. 1993). No timely objections were filed.

## DISCUSSION

The Court has reviewed the report and recommendation and made an independent review of the request and associated record.  The Court agrees with Magistrate Judge Porcelli's detailed review of the procedural posture of this case and application of the law.  As presented, "Plaintiff's appeal is clearly baseless and lacks an arguable basis in fact." (Doc. # 30).  Accordingly, it is

**ORDERED** that the Report and Recommendation, (Doc. # 30), is **ADOPTED** and **incorporated by reference**; the Plaintiff's request to proceed *in forma pauperis* is **DENIED**.  The Clerk of Court is directed to notify the United States Court of Appeals for the Eleventh Circuit that Plaintiff's request has been denied.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 1st day of July, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:   All parties and counsel of record
             Assigned Magistrate Judge